# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| ADRIANNA ALCARAZ,<br><br>           **Plaintiff,**<br><br>vs.<br><br>VIVIANA HELTON and MONTY HELTON,<br><br>           **Defendants.** | Case No. 2:23-cv-00631-DBP<br><br><br>**JUDGMENT IN A CIVIL CASE**<br><br><br>**Magistrate Judge Dustin B. Pead** |

    IT IS ORDERED AND ADJUDGED that Plaintiff's action is dismissed without prejudice.

    DATED: November 17, 2023.

BY THE COURT:<br><br>
_____<br>
DUSTIN B. PEAD<br>
United States Magistrate Judge